| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | JEAN M. HOBLER |
| | Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00139-KJM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| HAROLD EDWARD WALLER, | |
| Defendant. | |

WHEREAS, on December 13, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Harold Edward Waller forfeiting to the United States the following property:

(a) Make: Smith & Wesson, Caliber: 9MM. Model: 6906, Serial No. TZW3476;
(b) Make: Heckler & Koch, Caliber: 45, Model: H&K, Serial No. 25-124772 DE;
(c) Make: Raven Arms, Caliber: 25, Model: MP 25, Serial No. 672225; and
(d) Make: Raven Arms, Caliber: 25, Model: MP 25, Serial No. 1452413.

AND WHEREAS, beginning on December 22, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Harold Edward Waller.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 25th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE